Brandon Hilton KUEHN, a minor, by His Parents and Natural Guardians, Norman Kuehn and Melissa Kuehn, Petitioners–Appellants,

v.

SECRETARY OF HEALTH AND HUMAN SERVICES, Respondent–Appellee.

No. 04–5005.

United States Court of Appeals, Federal Circuit.

Dec. 8, 2003.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

Todd Christopher BLACKMON, a minor, by His Parents and Natural Guardians, Jay Blackmon and Kendel Blackmon, Petitioners–Appellants,

v.

SECRETARY OF HEALTH AND HUMAN SERVICES, Respondent–Appellee.

No. 04–5004.

United States Court of Appeals, Federal Circuit.

Dec. 8, 2003.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).